## Bertha Rohn, Appellee, v. Robert F. Rohn, Appellant.

### Gen. No. 19,335. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD
M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1913. Affirmed. Opinion filed March 31, 1914.

### Statement of the Case.

Bill by Bertha Rohn against Robert Rohn for di-
vorce on the ground of impotency of defendant. From
an order for temporary alimony and solicitor's fees
based on the pleadings and testimony of defendant, de-
fendant appeals.

ALBERT WESLEY GOTTSCHALK, for appellant.

FRANK S. RIGHEIMER, for appellee.

MR. JUSTICE BARNES delivered the opinion of the
court.

### Abstract of the Decision.

1. DIVORCE, § 141*—*when allowance of temporary alimony and
solicitor's fees authorized by defendant's answer.* Allowance of
five dollars per week for temporary alimony and twenty-five dol-
lars for solicitor's fees, *held* authorized by defendant's answer,
without any testimony, where his answer showed he owned a lot
worth two hundred dollars and received five hundred dollars a
year to attend to his mother's investments, it not appearing that
it took all his time or that he had any one but his wife to support.

2. APPEAL AND ERROR, § 726*—*when order for temporary alimony
and solicitor's fees sustained by answer in absence of preservation
of testimony.* Allowance of five dollars per week for temporary
alimony and twenty-five dollars for solicitor's fees, *held* author-
ized by defendant's answer, though the testimony was not pre-
served in the record.

3. APPEAL AND ERROR, § 1170*—*moot questions.* On appeal from
an order allowing temporary alimony and solicitor's fees, where it

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

appears from the record that a final decree has been entered reserving to the court for future consideration the question of alimony and solicitor's fees, *held* that the question presented was largely a moot question.

———

**Bertha Rohn, Appellee, v. Robert F. Rohn, Appellant.**

**Gen. No. 19,336. (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 31, 1914.

### Statement of the Case.

Divorce proceeding by Bertha Rohn against Robert F. Rohn. From an order for five dollars a week temporary alimony and for twenty-five dollars for solicitor's fees pending an appeal from a previous order, defendant appeals.

The previous order appealed from was entered October 15, 1912 and the order in question was entered November 29, 1912, both orders being entered for the same amount of alimony and solicitor's fees. The appeal from the previous order is reported in *Rohn v. Rohn, ante,* p. 594.

ALBERT WESLEY GOTTSCHALK, for appellant.

FRANK S. RIGHEIMER, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.